IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELI TONEY, | CIVIL ACTION |
| Plaintiff | |
| vs. | |
| WINDHAM PROFESSIONALS, INC. | |
| Defendant | NO. 10-4087 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, ELI TONEY, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

　　　　　　　　　　　　　　　BY: /s/ Bruce K. Warren
　　　　　　　　　　　　　　　　　　Bruce K. Warren, Esquire
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　Attorney I.D. #89677
　　　　　　　　　　　　　　　　　　Warren & Vullings, LLP
　　　　　　　　　　　　　　　　　　1603 Rhawn Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19111
　　　　　　　　　　　　　　　　　　215-745-9800